UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

O'BRYAN COMPOSTING, LLC                                             Plaintiff

v.                                                   CivilAction No. 4:24CV-100-RGJ

JULIE SU, DEPARTMENT OF LABOR, ET AL.                               Defendants

### O R D E R

Upon review of this matter, the undersigned has determined that recusal is required pursuant to 28 U.S.C. § 455. Accordingly, it is hereby

**ORDERED** that District Judge Rebecca Grady Jennings **RECUSES** from this matter and the action is **reassigned** to the docket of District Judge David J. Hale United States District Court Judge, for all further proceedings. Counsel are requested to change the Civil action number to reflect the initials DJH on all further pleadings.

October 22, 2024

*[Signature]*
Rebecca Grady Jennings, District Judge
United States District Court

Copies to:

All Counsel
Case Manager to District Judge David J. Hale