**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | |
|---|---|
| O'BRYAN COMPOSTING, LLC, | No. 4:24-cv-0100-DJH-HBB |
| Plaintiff, | |
| v. | |
| JULIE SU, IN HER OFFICIAL CAPACITY AS ACTING SECRETARY OF THE UNITED STATES DEPARTMENT OF LABOR, et. al., | |
| Defendants. | |

**JOINT MOTION FOR A BRIEFING SCHEDULE**

The parties, by and through undersigned counsel, hereby jointly move the Court to enter an order setting out a schedule for briefing Plaintiff's Motion for Preliminary Injunction, ECF No. 12. In support of this motion, the parties state as follows:

1. On September 16, 2024 Plaintiff, O'Bryan Composting, LLC, filed the Complaint in this action against Julie Su, in her official capacity as Acting Secretary of the United States Department of Labor, Jessica Looman, in her official capacity as Administrator of the Wage and Hour Division of the United States Department of Labor, Natalie Appetta, in her official capacity as an Administrative Law Judge of the United States Department of Labor, the United States Department of Labor, and the Office of the Administrative Law Judges of the United States Department of Labor. *See* ECF No. 1. Plaintiff properly completed service on the United States, pursuant to Fed. R. Civ. P. 4(i)(2), on November 12, 2024. Accordingly, Defendants' deadline to respond to the Complaint is January 14, 2025. *See* Fed. R. Civ. P. 12(a)(2).

2.     On October 2, 2024, Plaintiff filed a motion for a preliminary injunction and a memorandum of law in support thereof. *See* ECF Nos. 12, 13.

3.     The Parties have conferred and jointly propose the following schedule for briefing Plaintiff's pending Motion for a Preliminary Injunction, ECF No. 12:

- Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction: November 21, 2024

- Plaintiff's Reply in Support of Plaintiff's Motion for a Preliminary Injunction: December 19, 2024

A proposed order is attached hereto.

Dated: November 14, 2024

Respectfully Submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Branch Director

*/s/ Anna L. Deffebach*
Anna L. Deffebach (DC Bar # 241346)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8356
Facsimile:   (202) 616-8460
Email: anna.l.deffebach@usdoj.gov

*Counsel for Defendant*

*/s/ Clifford R. Whitehead*
Karey L. Cain, #91987
Clifford R. Whitehead, IN #28836-49, *pro hac*
Ziemer, Stayman, Weitzel & Shoulders, LLP
20 NW 1st Street, 9th Floor
Evansville, IN 47708
Telephone: (812) 424-7575
kcain@zsws.com

cwhithead@zsws.com

/s/ Leon R. Sequeira
Leon R. Sequeira, MO #52403 **
Sequeira Bilby PLLC
106 Progress Drive
Frankfort, KY 40601
Telephone (202) 255-9023
Leon@SequeiraBilby.com

** *pro hac pending*

*Counsel for O'Bryan Composting, LLC*