# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| O'BRYAN COMPOSTING, LLC,<br><br>       Plaintiff,<br>  v.<br><br>JULIE SU, IN HER OFFICIAL CAPACITY AS ACTING SECRETARY OF THE UNITED STATES DEPARTMENT OF LABOR, et. al.,<br><br>       Defendant. | No. 4:24-cv-0100-DJH |

## [PROPOSED] ORDER

Having considered the Parties' Joint Motion for a Briefing Schedule, it is hereby ORDERED that:

- Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction shall be filed no later than November 21, 2024.

- Plaintiff's Reply in Support of Plaintiff's Motion for a Preliminary Injunction shall be filed no later than December 19, 2024.

SO ORDERED.

Date: _____            _____

                                                                                           H. Brent Brennenstuhl<br>
                                                                                           U.S. Magistrate Judge