Case 4:24-cv-00100-DJH-HBB   Document 26-1   Filed 02/05/25   Page 1 of 2 PageID #: 246

2/5/25, 4:44 PM                Ziemer, Stayman, Weitzel & Shoulders, LLP Mail - Re: [EXTERNAL] RE: RE: O'Bryan Composting v. Su et al., No. 4:24-cv-100-RGJ …



Cliff Whitehead <cwhitehead@zsws.com>

## Re: [EXTERNAL] RE: RE: O'Bryan Composting v. Su et al., No. 4:24-cv-100-RGJ (W.D.K.Y)

1 message

**Cliff Whitehead** <cwhitehead@zsws.com>                                         Tue, Jan 28, 2025 at 5:32 PM
To: "Deffebach, Anna L. (CIV)" <Anna.L.Deffebach@usdoj.gov>
Cc: Marianne Schweizer <mschweizer@zsws.com>, "kcain@zsws.com" <kcain@zsws.com>, "lsequeira@lrs-law.com" <lsequeira@lrs-law.com>

Anna - If the deadline has passed, we will not object to your motion for leave to file a belated answer if the proposed answer is filed with that motion. However, we object to any request that the deadline to respond to the complaint is stayed pending a resolution of the preliminary motion.

- Sent from my iPhone

Cliff R. Whitehead
Office: 812-424-7575
Cell: 317-408-1255
Ziemer, Stayman, Weitzel & Shoulders, LLP

On Tue, Jan 28, 2025 at 5:05 PM Deffebach, Anna L. (CIV) <Anna.L.Deffebach@usdoj.gov> wrote:

> Hello Cliff,
>
> I wanted to follow up on my email from earlier today. Please let me know if Plaintiff consents to this extension.
>
> Thank you,
>
> Anna
>
> **From:** Deffebach, Anna L. (CIV)
> **Sent:** Tuesday, January 28, 2025 12:04 PM
> **To:** Cliff Whitehead <cwhitehead@zsws.com>
> **Cc:** Marianne Schweizer <mschweizer@zsws.com>; kcain@zsws.com; lsequeira@lrs-law.com
> **Subject:** RE: [EXTERNAL] RE: RE: O'Bryan Composting v. Su et al., No. 4:24-cv-100-RGJ (W.D.K.Y)
>
> Hello Cliff,
>
> Defendants inadvertently failed to realize that in this case the court had not tolled our deadline to respond to the complaint while the motion for a preliminary injunction was pending. Given the merits legal issues raised in the motion for a preliminary injunction, we plan to ask the court to order that our deadline to respond to the complaint be extended, *nunc pro tunc*, until 14 days after the pending motion for a PI is resolved. We believe that this will best promote judicial efficiency.

Case 4:24-cv-00100-DJH-HBB    Document 26-1    Filed 02/05/25    Page 2 of 2 PageID #: 247

2/5/25, 4:44 PM    Ziemer, Stayman, Weitzel & Shoulders, LLP Mail - RE: [EXTERNAL] RE: RE: O'Bryan Composting v. Su et al., No. 4:24-cv-100-RGJ ...

Does plaintiff consent to this requested extension?

Thank you,

Anna