UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

O'BRYAN COMPOSTING, LLC,                                        Plaintiff,

v.                                          Civil Action No. 4:24-cv-100-DJH-HBB

JULIE SU et al.,                                               Defendants.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal without prejudice signed by all parties who have appeared.  (Docket No. 35)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     This action stands **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **CLOSED** and **STRICKEN** from the Court's active docket.  All dates and deadlines are **REMANDED**.

(2)     Plaintiff's motion for a preliminary injunction (D.N. 12) is **DENIED** as moot.

May 2, 2025

**David J. Hale, Judge**
**United States District Court**

1